UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA MYERS, et al, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN D. GRIERSON, et al., <br><br> Defendants. | Case No. 2:14-cv-023-APG-VCF <br><br> **Order Accepting Magistrate Judge's Report and Recommendation and Dismissing Case** <br><br> (Dkt. #2) |

On January 13, 2014, Magistrate Judge Ferenbach entered his Order and Report and Recommendation [Dkt. #2] granting Plaintiff's application to proceed *in forma pauperis* [Dkt. #1] and recommending that Plaintiff's complaint be dismissed with prejudice. No objection has been filed to Judge Ferenbach's Order and Report and Recommendation. I have conducted a de novo review of the issues set forth in the Order pursuant to Local Rule IB 3-2. Judge Ferenbach's Order and Report and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

IT IS HEREBY ORDERED that Judge Ferenbach's Report and Recommendation is accepted, Plaintiff's Complaint is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: June 19, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE